## Mildred Nolan, Appellant, v. Elmer Nolan, Appellee.

### Term No. 50F7.

Heard in this court at the February term, 1950. Jacoby, Patton & Manns, for appellant; O'Neill & Davey, for appellee. Opinion by JUSTICE CULBERTSON. **Not to be published in full.** Opinion filed May 13, 1950; released for publication June 9, 1950.

## Lena Nemeth, Administrator of Estate of Gabor Nemeth, Jr., Deceased, Appellant, v. Roy Lynch, Appellee.

### Gen. No. 9,683.

Heard in this court at the May term, 1950. K. C. Ronalds and Hutton, Clark & Hutton for appellant; Bookwalter, Carter, Gunn, & Hickman, for appellee; Horace E. Gunn and Robert Z. Hickman, of counsel. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed May 22, 1950; released for publication June 17, 1950.